UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **EVAN PETROS, Individually,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | Civil Action No. 1:14-cv-92 |
| § | |
| **SOUTHLAND MALL ANNEX, LTD** § | |
| A Domestic Limited Partnership § | |
| § | |
| **Defendant** | |

| | |
|---|---|
| /s/ Pete M. Monismith | /s/ Sara J. Brundage |
| PETE M. MONISMITH | Sara J. Brundage |
| PETE M. MONISMITH, PC | HONIGMAN MILLER SCHWARTZ AND COHN LLP |
| 3945 Forbes Avenue, | 350 East Michigan Avenue |
| Suite #175 | Suite 300 |
| Pittsburgh, Pennsylvania  15213 | Kalamazoo, MI 49007-3800 |
| Telephone:  (724) 610-1881 | (269) 337-7862 |
| Facsimile (412) 258-1309 | |
| Pete@monismithlaw.com | SBrundage@honigman.com |
| *Attorneys for Plaintiff* | *Attorney for Defendant* |

### STIPULATED ORDER OF DISMISSAL

At a session of said Court, held in the U.S. District Court for the Western District of Michigan,

On:  _____April 23, 2014_____

___HON. ROBERT HOLMES BELL_____
PRESENT:  Robert Holmes Bell
United States District Court Judge

The parties having stipulated to the entry of an Order dismissing, with prejudice, this action, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the above-entitled case **BE**, and hereby **IS**, **DISMISSED WITH PREJUDICE**, and without costs or attorney fees to any party.

 /s/ Robert Holmes Bell
Honorable Robert Holmes Bell
United States District Court Judge

The parties, through their counsel, hereby stipulate to the entry of the above Stipulated Order to Dismiss the Complaint.

/s/ Pete M. Monismith
PETE M. MONISMITH
PETE M. MONISMITH, PC
3945 Forbes Avenue,
Suite #175
Pittsburgh, Pennsylvania  15213
Telephone:  (724) 610-1881
Facsimile (412) 258-1309
Pete@monismithlaw.com
*Attorneys for Plaintiff*

Dated: April 22, 2014

/s/ Sara J. Brundage
Sara J. Brundage
HONIGMAN MILLER SCHWARTZ AND COHN LLP
350 East Michigan Avenue
Suite 300
Kalamazoo, MI 49007-3800
(269) 337-7862
SBrundage@honigman.com
*Attorneys for Defendant*

Dated: April 22, 2014